IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Kelly Dodrill,                                    :

                    Plaintiff            :        Civil Action 2:12-cv-00361

        v.                               :        Judge Marbley

Kelsey-Hayes Company, *et al.*,          :        Magistrate Judge Abel

                    Defendants           :

# ORDER

Counsel telephoned my office today to report that this case has settled and that they anticipate filing a dismissal entry within thirty days. If a dismissal entry is not filed within 30 days, counsel are DIRECTED to telephone my chambers (614.719.3370) no later than June 3, 2013 in order to schedule a telephone conference with me.

                                        s/Mark R. Abel
                                        United States Magistrate Judge